IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------- x
IN RE: ASBESTOS PRODUCTS  :
LIABILITY LITIGATION (NO. VI)  :
---------------------------------------------------- x
This Document Relates To:  :
                                                                       CIVIL ACTION NO. MDL 875
The Cases Listed on the Attached  :
Exhibit A  :

FILED
FEB - 3 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## AGREED ORDER OF VOLUNTARY DISMISSAL

By agreement of the parties, Owens-Illinois, Inc. is hereby dismissed, without prejudice and each party to bear its own costs, from all CVLO-1 and CVLO-2 cases on the attached Exhibit A. Owens-Illinois, Inc. will remain in only the following CVLO-1 and CVLO-2 cases:

| | |
|---|---|
| Centers, Albert (08-CV-90268) | D'Ottavio, Nello (10-CV-67554) |
| DeWitt, Elsie (08-CV-90189) | Dalton, Jack (08-CV-91944) Doyle, Leo |
| Hollins, Willie (08-CV-90201) | (08-CV-90155) |
| Kelley, Howard (10-CV-67555) | Dubrovich, John (10-CV-67557) |
| Martin, David (10-CV-61109) | Green, Robert (08-CV-92311) |
| Nall, Clyde (08-CV-90084) | Klimek, David (08-CV-90065) |
| O'Keefe, Robert (08-CV-92210) | Person, Arthur (08-CV-90157) |
| Ryan, Michael (08-CV-90172 & 11-CV-66747) | Person, Ethyl (08-CV-90227) |
| Shelby, Quincy (08-CV-90057) | Romanetto, Gary (08-CV-90048) |
| Walker, Clarence (08-CV-92136) | Rupslauk, Richard (08-CV-89850) |
| Allen, Louis (08-CV-90142) | Scroghan, Donald (08-CV-90002) |
| Amos, Excell (08-CV-89998) | Smith, Leo (08-CV-90276) |
| Brigham, George (08-CV-89984) | Travis, Jim (08-CV-90170) |
| Brooks, Ray (08-CV-92194) | |
| Burton, Alice (08-CV-92139) | |

AND IT IS SO ORDERED.

Dated: Feb. 1, 2012

_____
Eduardo C. Robreno, J.

# EXHIBIT A

| Plaintiff Last | Plaintiff First | State | Original CA# | EDPA CA# | Notes |
|---|---|---|---|---|---|
| ABERLE | GLENN | IL | 93-1391 | 08-91650 | CVLO 1 |
| ALLEN | GARY | IL | 97-1494 | 10-67536 | CVLO 2 |
| ALMEDA | TRINI | IL | 94-1413 | 08-91698 | CVLO 2 |
| ALSENE | DELMAR | IL | 00-1011 | 08-92187 | CVLO 1 |
| ANDREWS | DONALD | IL | 01-2016 | 08-90211 | CVLO 2 |
| ANUSZKIEWICZ | ROMAN | IN | 00-00493 | 08-90938 | CVLO 1 |
| ARSENEAULT | CLOVIS | IN | 99-0076 | 10-67621 | CVLO 2 |
| AYERS | MARK | IL | 02-2070 | 08-91953 | CVLO 1 |
| BAILEY | SAMUEL | IL | 00-7526 | 08-90153 | CVLO 2 |
| BAULT | CHARLES | IL | 93-1419 | 08-91663 | CVLO 1 |
| BEACH | LAUNDY | IL | 95-1101 | 10-68142 | CVLO 1 |
| BEDDOW | MERLE | IL | 94-2239 | 08-92239 | CVLO 1 |
| BEENEY | DONALD | IL | 94-1477 | 08-91728 | CVLO 1 |
| BEMENT | JAMES | IN | 00-0033 | 10-67615 | CVLO 1 |
| BENNETT | BOB | IL | 91-1374 | 08-91585 | CVLO 1 |
| BERGSTROM | LESTER | IL | 99-8503 | 08-89980 | CVLO 2 |
| BEY | GEORGE | IL | 99-8406 | 08-89979 | CVLO 2 |
| BEYER | HAROLD | IL | 97-4043 | 08-91894 | CVLO 2 |
| BLACK | JOHN | IL | 99-2268 | 10-68110 | CVLO 1 |
| BLOCK | JOHN | IL | 93-01386 | 08-91649 | CVLO 2 |
| BODINE | RICHARD | IL | 96-2009 | 08-92055 | CVLO 1 |
| BRANCHFIELD | DEL | IL | 91CV01377 | 08-91587 | CVLO-1 |
| BRANT | HAROLD | IN | 00-0498 | 10-67723 | CVLO 2 |
| BREWER | DAVID | IL | 97-1493 | 08-89954 | CVLO 2 |
| BRIESACHER | EDWARD | IN | 97-00325 | 09-61874 | CVLO-2 |
| BROOKINS | HENRY | IL | 99-05927 | 08-89810 | CVLO 2 |
| BROWNLEE | THEODORE | IL | 02-2084 | 08-91954 | CVLO 1 |
| BRYAN | WILLIAM | IL | 99-5322 | 08-89866 | CVLO 2 |
| BUCHANAN | HOWARD | IL | 94-2286 | 08-92038 | CVLO 2 |
| BUCHANAN | MICHAEL | IL | 97-3271 | 10-68074 | CVLO 1 |
| BUGG | WILLIAM | IL | 94-1478 | 08-91729 | CVLO 1 |
| BURTON | WILLIAM | IL | 98-4086 | 08-92309 | CVLO 1 |
| CARLSON | NEIL | IL | 95-50064 | 10-67533 | CVLO 2 |
| CARLSON | ROBERT | IL | 96-7439 | 08-89945 | CVLO 2 |
| CARMICHAEL | JAMES | IL | 98-4628 | 10-67545 | CVLO 2 |
| CARNEGIE | JOHN | IL | 97-4628 | 08-89958 | CVLO 2 |
| CHAVEZ | RICHARD | IL | 99-50211 | 08-90342 | CVLO 1 |
| COHEN | RONALD | IN | 00-0024 | 09-64755 | CVLO 1 |
| COOK | JERRY | IL | 99-4340 | 08-89846 | CVLO 2 |
| COOPER | LARRY | IL | 95-50068 | 08-90330 | CVLO 2 |
| CRAIN | PAUL | IL | 99-4328 | 08-89841 | CVLO 1 |
| CRAVEN | JOHN | IN | 00-0042 | 10-67678 | CVLO 1 |
| CRIPE | GEORGE | IL | 00-2161 | 08-91940 | CVLO 1 |
| CUMMINGS | RONALD | IN | 99-381 | 10-68902 | CVLO 1 |
| CZAJKOSKI | WALTER | IL | 08-89969 | 08-89969 | CVLO 2 |
| D'AMICO | CARMEN | IL | 97-2943 | 10-67534 | CVLO 2 |
| DANIELS | JIMMIE | IL | 94-2266 | 08-92259 | CVLO 2 |
| DARLING | WILLIAM | IL | 94-2236 | 08-92236 | CVLO 1 |

1

| DAVIS | EDGAR | IL | 00-1407 | 08-92201 | CVLO 1 |
| DEANGELIS | SALVATORE | IL | 97-1492 | 08-89953 | CVLO 2 |
| DEAVILLE | KENNETH | IL | 96-2068 | 08-92064 | CVLO 1 |
| DELOACH | THOMAS | IL | 00-5175 | 08-90144 | CVLO 2 |
| DENSON | WILLIE | IL | 01-00586 | 08-90178 | CVLO 2 |
| DETERS | CLETUS | IL | 97-4344 | 10-64585 | CVLO 1 |
| DODD | CARL | IL | 91-1362 | 08-91578 | CVLO 1 |
| DOUGHERTY | DANIEL | IL | 99-04342 | 08-89847 | CVLO 2 |
| DOVER | JACKIE | IL | 98-1112 | 10-68127 | CVLO 1 |
| DUAL | MONTE | IL | 01-4008 | 08-92314 | CVLO 1 |
| DUBOIS | CHARLES | IL | 97-2137 | 08-92119 | CVLO 1 |
| EAGLE | KENNETH | IL | 98-50179 | 10-67559 | CVLO 2 |
| EBERT | MICHAEL | IL | 96-4090 | 08-89432 | CVLO 1 |
| ECONOMOUS | JACK | IL | 99-08557 | 08-90017 | CVLO 2 |
| EDWARDS | TERRY | IL | 99-2208 | 08-92137 | CVLO 1 |
| ELLENA | GLENN | IL | 96-1591 | 09-60947 | CVLO 2 |
| ELROD | ROBERT | IL | 96-1591 | 09-60937 | CVLO 2 |
| ENGELMAN | PATRICK | IL | 96-1591 | 09-60939 | CVLO 2 |
| FADLER | DONALD | IL | 01-2428 | 08-90220 | CVLO 1 |
| FERGUSON | JAMES | IL | 01-5337 | 08-90234 | CVLO 2 |
| FERRELL | PAUL | IL | 98-1998 | 08-89885 | CVLO 2 |
| FISHER | PASCAL | IL | 99-1292 | 08-92173 | CVLO 1 |
| FLAGG | RICHARD | IL | 99-06045 | 10-67556 | CVLO 2 |
| FLOYD | ELRIE | IL | 99-6039 | 08-89967 | CVLO 2 |
| FONNER | LARRY | IL | 94-2175 | 08-92222 | CVLO 1 |
| FRABONI | LOUIS | IL | 93-1434 | 08-91671 | CVLO 1 |
| FRAMPTON | KENNETH | IL | 98-1113 | 08-92160 | CVLO 1 |
| FRANKENBERGER | HOWARD | IN | 96-0063 | 09-61717 | CVLO 2 |
| FRATTINI | JAMES | IL | 96-1591 | 09-60945 | CVLO 2 |
| GABBARD | BEN | IL | 99-2140 | 08-92151 | CVLO 1 |
| GABBARD | ROBERT | IL | 99-2140 | 08-92145 | CVLO 1 |
| GADDY | BOB | IL | 00-2201 | 08-90106 | CVLO 2 |
| GADDY | CLIFFORD | IL | 00-2201 | 08-90081 | CVLO 2 |
| GAINES | JAMES | IL | 91-2195 | 08-92305 | CVLO 1 |
| GARD | ROBERT | IN | 00-0004 | 10-67613 | CVLO 1 |
| GARD | LESLIE | IL | 95-1102 | 08-91736 | CVLO 1 |
| GARECHT | ROBERT | IL | 99-2184 | 08-92134 | CVLO-1 |
| GEHRKE | DAVID | IL | 09-7892 | 10-67444 | CVLO 2 |
| GIULIANO | WILLIAM | IN | 99-0055 | 09-64609 | CVLO 1 |
| GOETSCH | RANDALL | IL | 94-1083 | 08-91673 | CVLO 1 |
| GORENA | EDUARDO | IL | 96-6409 | 10-67535 | CVLO-1 |
| GRAHAM | LAWRENCE | IL | 96-1591 | 09-60952 | CVLO 2 |
| GRAHAM | MARION | IL | 00-5169 | 08-90139 | CVLO 2 |
| GRANGER | ELMER | IL |  | 09-60953 | CVLO 2 |
| GRAVES | WILLIAM | IL | 97-2151 | 08-92120 | CVLO 1 |
| GREEN | ELLA | IL | 00-04167 | 08-90129 | CVLO 2 |
| GRIEFF | DALE | IL | 96-1591 | 09-60954 | CVLO 2 |
| GRIER | JOHN | IL | 94-1300 | 08-91687 | CVLO 1 |
| GRIER | DAVID | IL | 93-1408 | 08-91657 | CVLO 1 |
| GUSMAN | EMILIO | IL | 96-1591 | 09-60956 | CVLO 2 |

| HAMANN | KENNETH | IL | 00-1004 | 08-92181 | CVLO 1 |
|---|---|---|---|---|---|
| HAMERLA | JOHN | IL | 01-2012 | 08-90208 | CVLO 2 |
| HARRIS | ROBERT | IL | 91-1379 | 08-91589 | CVLO 1 |
| HART | ANDREW | IL | 94-1084 | 08-91674 | CVLO 1 |
| HASKINS | HAROLD | IL | 99-5958 | 08-89819 | CVLO 2 |
| HATFIELD | BOBBY | IL | 00-2009 | 08-92147 | CVLO 1 |
| HELFERS | CARL | IL | 00-1234 | 08-92196 | CVLO 1 |
| HENNEY | JEAN | IN | 99-0175 | 09-64629 | CVLO 1 |
| HESS | ROY | IL | 00-1003 | 08-92180 | CVLO 1 |
| HESTER | BILLIE | IL | 00-2117 | 08-90072 | CVLO 2 |
| HICKEY | ELMER | IL | 99-8580 | 08-90038 | CVLO 2 |
| HILL | JOHN | IL | 97-4209 | 10-64557 | CVLO 1 |
| HOLDEN | MICHAEL | IL | 00-2125 | 08-92154 | CVLO 1 |
| HOLLOWAY | FRED | IN | 96-063 | 09-61721 | CVLO 2 |
| HORN | RICHARD | IL | 95-2050 | 10-68096 | CVLO 1 |
| HOSKINS | ADAM | IL | 99-0459 | 08-89474 | CVLO 1 |
| HULMES | DARRELL | IL | 99-2206 | 08-92135 | CVLO 1 |
| HURSTON | HERMAN | IN | 97-00242 | 09-61793 | CVLO 2 |
| HUTCHINSON | JACK | IL | 97-1259 | 08-92157 | CVLO 1 |
| HYLAND | GERALD | IL | 99-3153 | 08-91862 | CVLO 1 |
| IRONS | GARY | IL | 97-1170 | 10-68130 | CVLO 1 |
| JACKSON | ROBERT | IL | 97-8980 | 10-67541 | CVLO 2 |
| JANES | JERRY | IL | 99-8533 | 08-89995 | CVLO 2 |
| JENNINGS | BILLY | IL | 96-1152 | 08-91757 | CVLO 1 |
| JINDRESEK | WALTER | IL | 96-3091 | 08-91858 | CVLO 1 |
| JOHNSON | RICHARD | IL | 98-2092 | 08-92122 | CVLO 1 |
| JOHNSON | LEO | IL | 93-01417 | 08-91661 | CVLO 1 |
| JOHNSON | FELIX | IL | 99-8560 | 08-90020 | CVLO 2 |
| JOYCE | MICHAEL | IL | 96-1591 | 09-60961 | CVLO 2 |
| KENNEDY | ROY | IL | 99-0677 | 08-89492 | CVLO 1 |
| KITTLESON | ALFRED | IL | 96-4028 | 08-91887 | CVLO 1 |
| KNAPP | JIMMY | IL | 97-1018 | 08-91763 | CVLO 1 |
| KRUSE | PATRICK | IL | 00-CV-3110 | 08-91867 | CVLO 1 |
| KUPINA | ANTON | IL | 01-02011 | 08-90207 | CVLO 2 |
| LA HOOD | HARRY | IL | 97-1128 | 10-68131 | CVLO 1 |
| LEVANDOWSKI | JEROME | IL | 99-05882 | 08-89870 | CVLO 2 |
| LISTON | FRANK | IL | 11-203 | 11-66749 | CVLO 1 |
| LOWER | GARRY | IL | 97-1238 | 10-68129 | CVLO 1 |
| MALONE | CLIFFORD | IL | 99-1257 | 10-68124 | CVLO 2 |
| MARCOGLIESE | FRANK | IL | 00-0009 | 08-89497 | CVLO 1 |
| MARESCA | JOSEPH | IL | 95-50066 | 08-90328 | CVLO 1 |
| MARTIN | BENNIE | IL | 99-04333 | 10-67550 | CVLO 2 |
| MASKE | FREDERICK | IL | 00-2860 | 08-90102 | CVLO 2 |
| MATHENEY | ROY | IL | 07-2223 | 08-91955 | CVLO 1 |
| MAULDING | DUANE | IL | 96-2102 | 08-92113 | CVLO 1 |
| MCCARTHY | DANIEL | IL | 99-8529 | 08-89991 | CVLO 2 |
| MCCLAIN | WALLACE | IL | 99-5945 | 08-89814 | CVLO 2 |
| MCCULLUM | ROOSEVELT | IL | 98-1996 | 08-89883 | CVLO 2 |
| MEISCHNER | GISELA | IL | 00-1191 | 08-92192 | CVLO 1 |
| MEISCHNER | RICHARD | IL | 97-1091 | 09-60648 | CVLO 1 |

3

| | | | | | |
|---|---|---|---|---|---|
| MEISCHNER | DONALD | IL | 97-1091 | 09-60645 | CVLO 1 |
| MEISCHNER | LEONARD | IL | 96-1153 | 08-91758 | CVLO 1 |
| MENOZZI | EUGENE | IL | 99-5238 | 08-89865 | CVLO 2 |
| MILLARD | EUGENE | IL | 93-1253 | 10-68119 | CVLO 1 |
| MILLER | ALBERT | IL | 00-2154 | 08-90074 | CVLO 2 |
| MINNICK | GLENN | IL | 00-02842 | 08-90096 | CVLO 2 |
| MITCHELL | ARTHUR | IN | 99-00397 | 10-67654 | CVLO 2 |
| MOFFETT | GEORGE | IL | 99-7289 | 08-89973 | CVLO 2 |
| MOFFETT | LEON | IL | 00-2170 | 08-90075 | CVLO 2 |
| MOORE | GEORGE | IL | 00-3332 | 08-91869 | CVLO 1 |
| MOORE | JAMES | IL | 00-02039 | 08-90069 | CVLO 2 |
| MOORE | ULISH | IL | 99-05943 | 08-89813 | CVLO 2 |
| MORR | LEE | IL | 00-2049 | 08-92152 | CVLO 1 |
| MUFFLER | WILLIAM | IL | 99-8400 | 08-89976 | CVLO 2 |
| NEHLSEN | MICHAEL | IL | 97-4042 | 08-91893 | CVLO 2 |
| NELMS | KENNETH | IL | 93-1422 | 08-91666 | CVLO 1 |
| NICHOLS | GERALD | IL | 95-2049 | 10-68097 | CVLO 1 |
| NICHOLS | LEONARD | IL | 98-2133 | 10-68105 | CVLO 1 |
| NICHOLS | JOHN | IL | 01-00612 | 08-90185 | CVLO 2 |
| NORBERG | EARL | IL | 02-2948 | 08-90264 | CVLO 2 |
| NORBERG | HOWARD | IL | 97-1685 | 10-67537 | CVLO 2 |
| ONGENAE | TERRY | IL | 99-04338 | 10-67551 | CVLO 2 |
| OTTO | THOMAS | IL | 94-04200 | 08-89369 | CVLO 2 |
| PALSGROVE | JOSEPH | IL | 94-4221 | 08-89373 | CVLO 1 |
| PATRICK | CAROLYN | IL | 01-02430 | 08-90221 | CVLO 2 |
| PAYNE | LYNN | IL | 98-04060 | 08-92307 | CVLO 2 |
| PITTMAN | FRANK | IL | 97-0599 | 08-89441 | CVLO 1 |
| PLUE | RICHARD | IL | 97-3260 | 10-68073 | CVLO 1 |
| POTTS | STANLEY | IL | 01-3107 | 08-91872 | CVLO 1 |
| POWELL | DALE | IL | 96-0237 | 08-89293 | CVLO 1 |
| POWELL | THOMAS | IL | 96-4026 | 08-91885 | CVLO 1 |
| PRATHER | JAMES | IL | 91-7931 | 08-89745 | CVLO 1 |
| PRAY | FRANKIE | IL | 96-4025 | 08-91884 | CVLO 2 |
| RASNER | DONALD | IL | 00-2005 | 08-92143 | CVLO 1 |
| REINHARDT | GARY | IL | 99-2151 | 08-92131 | CVLO 1 |
| REINOEHL | DONALD | IL | 01-4029 | 08-89460 | CVLO 1 |
| RICHARDSON | ELEANORE | IL | 99-5417 | 10-67553 | CVLO 2 |
| RIGGS | IRVING | IL | 96-1323 | 08-91762 | CVLO 1 |
| ROBERSON | FREDDIE | IL | 00-2198 | 08-90080 | CVLO 2 |
| ROME | DOUGLAS | IL | 99-6009 | 08-89825 | CVLO 2 |
| RUESKEN | LOUIS | IN | 97-0101 | 09-61820 | CVLO 2 |
| SAMS | PHILLIP | IN | 94-1728 | 08-88575 | CVLO 1 |
| SANTERELLI | GERALD | IL | 96-1593 | 09-60962 | CVLO 2 |
| SCHUCK | WALTER | IL | 01-1048 | 08-92205 | CVLO 1 |
| SCHURTZ | MICHAEL | IL | 96-01112 | 08-91742 | CVLO 1 |
| SCOTT | THOMAS | IL | 01-441 | 08-91314 | CVLO 2 |
| SEIFERT | WILLIAM | IL | 99-1289 | 08-92171 | CVLO 1 |
| SHAMBAUGH | BURTON | IL | 96-50057 | 08-90331 | CVLO 2 |
| SHEARER | KENNETH | IN | 99-00049 | 08-91430 | CVLO 2 |
| SHEETS | GERROLD | IN | 97-00325 | 09-61887 | CVLO-2 |

| | | | | | |
|---|---|---|---|---|---|
| SHORT | JOHNNIE | IL | 98-1344 | 08-92164 | CVLO 1 |
| SIEFERT | RAYMOND | IL | 00-01978 | 08-90198 | CVLO 2 |
| SMITH | ORVILLE | IL | 97-2150 | 10-68104 | CVLO 1 |
| SMITH | RONALD | IL | 06-3759 | 08-90287 | CVLO 1 |
| SMITH | RUSSELL | IL | 99-1259 | 10-68123 | CVLO 2 |
| SMITH | DALE | IL | 94-01466 | 08-91717 | CVLO-2 |
| SPANGLER | HERBERT | IL | 96-4022 | 08-91882 | CVLO 1 |
| SPERBER | ERNEST | IL | 00-02343 | 08-91942 | CVLO 2 |
| STARIHA | WILLIAM | IN | 99-0213 | 09-64725 | CVLO 1 |
| STUDER | BERNARD | IL | 96-1593 | 09-60971 | CVLO 2 |
| SULLIVAN | PATRICK | IN | 97-00115 | 09-61811 | CVLO 2 |
| SWANGO | JAMES | IL | 00-2858 | 08-90101 | CVLO 2 |
| TAYLOR | JAMES | IL | 96-4021 | 08-91881 | CVLO 1 |
| THOMAS | GLENDEL | IL | 01-1049 | 08-92206 | CVLO 1 |
| TOVEY | ROBERT | IL | 99-2178 | 08-92133 | CVLO 1 |
| Turner | Larry | IL | 98-06518 | 08-89903 | CVLO 1 |
| UNZICKER | LEONARD | IL | 11-00224 | 11-66288 | CVLO 1 |
| VAN DOLAH | VERNON | IL | 96-4020 | 08-91880 | CVLO 2 |
| WARE | WILLIAM | IL | 97-1457 | 08-92159 | CVLO 1 |
| WEBER | DANIEL | IL | 99-2177 | 08-92132 | CVLO 1 |
| WESLEY | KEITH | IL | 97-4216 | 10-64570 | CVLO 1 |
| WHITE | SHIRLEY | IL | 00-8215 | 08-90171 | CVLO 2 |
| WIKER | PHILIP | IL | 01-01170 | 08-92207 | CVLO 1 |
| WILLIAMS | LLOYD | IL | 91-1378 | 08-91588 | CVLO 1 |
| WILLIAMS | BRUCE | IL | 01-0227 | 08-91282 | CVLO 2 |
| WILLIAMS | EDDIE | IL | 99-8538 | 08-90000 | CVLO-2 |
| WILSON | MERLE | IL | 96-4019 | 08-91879 | CVLO 1 |
| WILSON | IRVIN | IL | 97-50219 | 08-90339 | CVLO 2 |
| WINSLOW | TERRY | IL | 96-02168 | 08-92144 | CVLO 1 |
| WORKMAN | JOHN | IL | 97-3026 | 10-68071 | CVLO 1 |
| WRIGHT | JOSEPH | IL | 00-8186 | 08-90161 | CVLO 2 |
| WRIGHT | ELMER | IL | 01-01980 | 08-90199 | CVLO 2 |
| ZWANZIG | WILLIAM | IL | 03-5390 | 08-90270 | CVLO 2 |

Certificate of Service

**MAILED:**

- ALBERT M. BOWER
- ANDREW J. CROSS
- ANDREW JOHN BOLING
- ANDREW N. LEVINE
- ANNE T. STINNEFORD
- ANTHONY G. BARONE
- BARRY A. ROBIN
- BEVERLY D. GARNER
- BILLEE R. LIGHTVOET
- BRADLEY B FALKOF
- BRIAN A. TARNOW
- BRIAN S. EBENER
- BRIAN W. FIELDS
- BRUCE L. KAMPLAIN
- C. T. DUCEY
- CAROL L. TATE
- CHARLES E. REITER
- CHRISTOPHER JASON RAISTRICK
- CIARA R. FROST
- CLARKE M. GILLESPIE
- CREED T. TUCKER
- DANIEL J. CHEELY
- DANIEL L. OVERBEY
- DAVID A. ROLF
- DAVID B. MUELLER
- DEAN N. PANOS
- DEBORAH G. SOLMOR
- DEMARCUS J. GORDON
- DENIS P. RISCHARD
- DENNIS J. DOBBELS
- DENNIS J. GRABER
- DEVLIN JOSEPH SCHOOP
- DONALD K. BROAD
- EDWARD F. RUBERRY
- ELIZABETH SCHROER HARVEY
- EUGENE LESTER MILLER
- FRANCIS MORRISSEY
- FRANCIS PETER MORRISSEY
- GARY M SMITH
- JACK L. BLOCK
- JAMES E. PECKERT
- JAMES J. HICKEY
- JAMES K. TOOHEY
- JAMES L. HAFELE
- JAMES M. SNYDER
- JAMES P. FIEWEGER
- JASON B. SMALL
- JEFFREY L. MCKEAN
- JEFFREY T. REEL
- JENNIFER JOHNSTON
- JENNIFER A. SEIDLER
- JENNIFER JOHNSTON TERANDO
- JENNIFER KELLY FARDY
- JOEL A. POOLE
- JOHN DAMES
- JOHN R. OSTOJIC
- JOHN W. DIXON
- JOMARIE B. FREDERICKS
- JONATHAN VINES
- JOSEPH J. O'HARA
- JOSEPH T. WITEK
- JOSHUA B. MURPHY
- JULIE E. BENES
- K. KRISTANN CAREY
- KATHERINE E. GRAF
- KELLY MCCLOSKEY
- KELLY MCCLOSKEY CHERF
- KENNETH M. GORENBERG
- KRISTIN JOY ACHTERHOF
- KRISTINE K. KRAFT
- KURTIS B. REEG
- LAURA A. O'CONNELL
- LIMO T. CHERIAN
- LORI SUSAN YOKOYAMA
- MARK A. LIES
- MARK E. RAKOCZY
- MARK S. ROSEN
- MAUREEN MUNRO
- MAUREEN E. KELLY
- MEANITH HUON
- MELISSA S. SKILKEN
- MEREDITH SUZANNE HUDGENS
- MICAH R. INLOW
- MICHAEL A. GLACKIN
- MICHAEL C. MOODY
- MICHAEL J. HENNIG
- MICHAEL J. O'ROURKE
- MICHAEL P. CONNELLY
- MICHELLE M. MONTGOMERY
- MURRAY E. ABOWITZ
- NEIL B. SOLOMON
- NICOLE C. BEHNEN
- P. TERENCE CREBS
- PATRICIA L. MCCARTHY
- PATRICK J. PHILLIPS
- PATRICK V. REILLY
- PETER E. CARLSON
- RICHARD A. CHAPIN
- RICHARD C. BAKER
- RICHARD P. STEINKEN
- ROBERT E. HALEY
- ROBERT J. KOPKA
- ROBERT L. SHUFTAN
- ROBERT T. VARNEY
- RONALD L. LIPINSKI
- ROSEANNE LOFTUS
- RUSSELL J. HOOVER
- SCOTT M. KYROUAC
- STEPHAN JOHN ROTH
- STEPHANIE ANN SCHARF
- STEPHEN J. MAASSEN
- STEVEN O. SCHNACK
- SUSAN GUNTY
- SUSAN M. HUNTER
- TARA R. BECKWITH
- THERESE A. KELLY
- THOMAS H. WILSON
- THOMAS L. ORRIS
- TIMOTHY J. FAGAN
- TIMOTHY J. HARRIS
- TIMOTHY W. UEBER
- WILLIAM D. MCGRATH
- YVETTE R. DIAMOND
- ZANE L. LUCAS
- ZENAIDA M. FALCON

**E-MAILED:**

- ALAN STUART ZELKOWITZ
- ALLEN D. VAUGHAN
- AMANDA D. SUMMERLIN
- AMIEL GROSS
- ANDREW J. DETHERAGE
- ANITA M. KIDD
- BARRY A SHORT
- BASIL A. DISIPIO
- BRYAN L. SKELTON
- BRYCE H. BENNETT
- C. KATE DOUGLAS
- C. MICHAEL EVERT
- CAROL A. ZUCKERMAN
- CATHERINE L. CARLSON
- CATHY A MOLCHIN
- CHRISTI G. JONES
- CHRISTOPHER D LEE
- CHRISTOPHER P. LARSON
- CLARE M. MAISANO
- CRAIG T. LILJESTRAN
- CURTIS R. BAILEY
- CYNTHIA M. LOCKE
- DANIEL D. TRACHTMAN
- DANIEL G. DONAHUE
- DANIEL J. MULHOLLAND
- DANIEL J. O'CONNELL
- DANIEL M. LONG
- DANIEL R. GRIFFIN
- DANIEL W. MCGRATH
- DAVID SZLANFUCHT
- DAVID E. JONES
- DAVID F. FANNING
- DAVID M. SETTER
- DAVID W. YBARRA
- DENNIS F. CANTRELL
- DERRICK L. HADDOX
- DONALD W. WARD
- DOUGLAS B. KING
- DOUGLAS L. PROCHNOW
- EDWARD H. MACCABE
- EDWARD J. MCCAMBRIDG
- EDWARD M. CASMERE
- EDWARD M. CRANE
- EDWARD P. KENNEY
- GERMAINE W. WILLETT
- GREGORY L. COCHRAN
- HOWARD PATRICK MORRIS
- J. PATRICK BRADLEY
- JAMES A. NIQUET
- JAMES M. BOYERS
- JAMES PAUL KASPER
- JAMES R. CARTER
- JAMES ROBERT MORRISON
- JAMIE P. YADGAROFF
- JANELLE K. LINDER
- JASON L. KENNEDY
- JASON WAYNE RUBIN
- JEFFREY E. ROGERS
- JEFFREY S. HEBRANK
- JENNIFER J. KALAS
- JENNIFER L. BLACKWELL
- JENNIFER MARIE STUDEBAKER
- JOHN A. SHEFFER
- JOHN ANTHONY FONSTAD
- JOHN C. BABIONE
- JOHN C. CANONI
- JOHN D. WALLER
- JOHN H. DOUGLAS
- JOHN J. KUROWSKI
- JOHN M. SEEBOHM
- JON BAROOSHIAN
- JONATHAN D. MATTINGLY
- JOSEPH J. KRASOVEC
- JOSEPH P. SULLIVAN
- JOSHUA D. LEE
- KAYCE L. GISINGER
- KENT L. PLOTNER
- KEVIN G. OWENS
- KEVIN R. KNIGHT
- KIRK THOMAS HARTLEY
- KNIGHT S. ANDERSON
- KURT E. REITZ
- LAURIE S. RANDOLPH
- LESLIE G. OFFERGELD
- LISA M. DILLMAN
- LISA RAE CORWIN
- MAJA C. EATON
- MARGARET M. FOSTER
- MARY ANN HATCH
- MATTHEW J. FISCHER
- MEGAN KATHLEEN MURRAY
- MELANIE R. KING
- MICHAEL A. BERGIN
- MICHAEL DAVID ROSENBERG
- MICHAEL J. DENNING
- MICHAEL J. ZUKOWSKI
- MICHAEL P. CASCINO
- MICHAEL T. TRUCCO
- MICHAEL W. DRUMKE
- OLLIE M. HARTON
- PATRICK F. HAGGERTY
- PATRICK J. LAMB
- PATRICK W STUFFLEBEA
- PAUL B. O'FLAHERTY
- PETER V. MARKS
- RAYMOND H. MODESITT
- RAYMOND R. FOURNIE
- REED W. SUGG
- RICHARD M. LAUTH
- RICK C SHEA
- ROBERT SPITKOVSKY
- ROBERT G. MCCOY
- ROBERT H. RILEY
- ROBERT H. SANDS
- ROBERT MATTHEW SCHROEDER
- ROBERT N. SPINELLI
- ROBERT P. HARRIS
- ROBERT P. PISANI
- ROBERT W. SCHMIEDER
- ROBERT W. WILKINSON
- ROBERT WESTWOOD SCOTT
- ROGER K. HEIDENREIC
- RONALD AUSTIN
- RONALD L. HACK
- RUSSELL K. SCOTT
- SCOTT D. SIMPKINS
- SHAWANE L. LEE
- SHEHZAD HASAN
- STEPHEN K. MILOTT
- STEVEN A. HART
- STEVEN J. SCOTT
- SUSAN E. MEHRINGER
- TEIRNEY S. CHRISTENSO
- THOMAS J. KERNELL
- THOMAS W. HAYES
- THOMAS W. TARDY
- TIMOTHY J. MURPHY
- TIMOTHY LAWRENCE KRIPPNER
- TOBIN J. TAYLOR
- WALTER G. WATKINS
- WILLIAM C MILLS
- WILLIAM D. SHULTZ
- WILLIAM F. MAHONEY
- WILLIS R. TRIBLER